WILL CAWTHON *v.* STATE.

[57 South. 224.]

CRIMINAL LAW. *Appeal to circuit court. Record. Supreme court.*

  Where on an appeal from a justice of the peace court to the circuit
    court no certified copy of the proceedings before the justice of
    the peace court is filed in the circuit court, the latter court is
    without jurisdiction to try the case and in such case on appeal
    the supreme court will reverse and remand the case.

APPEAL from the circuit court of Marshall county.

HON. W. A. ROANE, Judge.

Will Cawthon was convicted of unlawful retailing and
appeals.

The facts are sufficiently stated in the opinion of the
court.

*Smith & Totten,* for appellant.

We do insist that the case must be reversed on the
fourth ground of error assigned, because there is no sem-
blance of a certified copy of the proceedings before the
justice of the peace in the record whatever that gave
jurisdiction to the circuit court to try this case. With-
out it the circuit court would not have proceeded with
the trial of the case. We think this will be conceded
without further argument, and that this case should be
reversed. *Rodgers* v. *City of Hattiesburg,* 55 So. Rep.
481; *McPhail* v. *Blann,* 47 So. Rep. 666; *Allen* v. *State,*
53 So. Rep. 498; *City of Greenwood* v. *Weaver,* 50 So.
Rep. 98; Code of 1906, sections 84, 95.

*Jack Thompson,* assistant attorney-general, for ap-
pellee.

The fourth assignment of error recites that the circuit
court was without jurisdiction to try this cause, and

there was not a proper certified copy of the proceedings had before the justice of the peace in whose court the case originated. I, in fact, confess that I find no certificate from the justice of the peace of the court in which the case originated as to the correctness of the record, but submit the case to this court on the record as it stands.

SMITH, J., delivered the opinion of the court.

As this record contains no certified copy of the proceedings before the justice of the peace, in whose court this cause is supposed to have originated, the court below was without jurisdiction, and consequently the judgment must be and is reversed, and the cause remanded. *Rogers* v. *City of Hattiesburg,* 55 So. 481.

*Reversed and remanded.*